

2012 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

9-26-2012

# USA v. Joel Berberena

Precedential or Non-Precedential: Precedential

Docket No. 11-4540

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2012

Recommended Citation

"USA v. Joel Berberena" (2012). *2012 Decisions.* Paper 345.
http://digitalcommons.law.villanova.edu/thirdcircuit_2012/345

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2012 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

September 19, 2012

Nos. 11-4540 & 12-1103

UNITED STATES OF AMERICA

v.

JOEL BERBERENA,
                    Appellant in 11-4540
_____

UNITED STATES OF AMERICA

v.

DENROY GAYLE,
                    Appellant in 12-1103
(E.D. Pa. Nos. 01-cr-00363-019 & 05-cr-00357-001)

Present:  RENDELL, SMITH and  BARRY, Circuit Judges

Letter Motion by Appellant Joel Berberena in 11-4540 and Appellant
Denroy Gayle in 12-1103 to Amend the Opinion Dated 09/11/2012.

Respectfully,
Clerk/pdb for smw

_____ORDER AMENDING OPINION_____
The foregoing motion is hereby GRANTED.  The precedential opinion filed on
September 11, 2012 in the above referenced cases is hereby AMENDED to reflect that
Christy Unger, Esq. "[ARGUED]" these cases on behalf of Messrs. Berberena and Gayle.
Also, please remove the word "[ARGUED]" next to Sarah S. Gannett, Esq., in the
caption of the opinion in this case.

By the Court,

/s/Marjorie O. Rendell
Circuit Judge

Dated: September 26, 2012
Smw/cc:    Bernadette A. McKeon, Esq.
           Sarah S. Gannett, Esq.
           Brett G. Sweitzer, Esq.
           Christy Unger, Esq.



A True Copy:

Marcia M. Waldron, Clerk